IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

D.A.D.S. Denim, Inc.

        Plaintiff,                            Civil No. 05-1312-MO

v.                                     ORDER OF DISMISSAL

Silver Jeans Ltd., et al.

        Defendant.

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that this action is dismissed without prejudice and without costs and with leave, upon good cause shown within 60 days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Order STRIKING the Pretrial Conference set for 8/28/2006 at 01:30PM, and the 3-day Jury Trial set for 9/5/2006 at 09:00AM in Portland before Judge Michael W. Mosman.

Dated this 1st day of August, 2006.

                                                       DONALD M. CINNAMOND, CLERK
                                                       U.S. DISTRICT COURT,
                                                       DISTRICT OF OREGON

                                                       /s/ Dawn L Stephens
                                                      By: Dawn L. Stephens, Deputy Clerk

Page 1 - ORDER OF DISMISSAL