**John A. Schwimmer, OSB No. 04409**
johns@sussmanshank.com
**William G. Fig, OSB No. 95261**
billf@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

FILED'06 AUG 09 16:23USDC-ORP

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **D.A.D.S. DENIM, INC.,** a California corporation, | Case No. 3:05-CV-1312-MO |
| Plaintiff, | **JUDGMENT (BY STIPULATION)** |
| v. | |
| **SILVER JEANS LTD.,** a Canadian corporation; **NORDSTROM, INC.,** a Washington corporation; **GLASS BUTTERFLY, INC.,** an Oregon corporation; **THE BUCKLE, INC.,** a Nebraska corporation; and **DOES 1 THROUGH 10, INCLUSIVE,** | |
| Defendants. | |

Based on the stipulation of the parties below, it is hereby ORDERED AND ADJUDGED AS FOLLOWS:

1.    Defendant Western Glove Works ("Western"), erroneously sued herein as Silver Jeans. Ltd., shall refrain from manufacturing or selling any jeans that bear the scrolls that appear on any of the Western styles that are listed in

Page 1 – **JUDGMENT (BY STIPULATION)**

Exhibit A to the Stipulation to Include Plaintiff's Claims Against All Retailers Allegedly Selling Infringing Garments, filed with this court on or about May 11, 2006.  Copies of these scrolls are attached hereto collectively as Exhibit 1.

2.    Except as set forth in paragraph 1, all claims by and between all parties to this lawsuit are dismissed with prejudice and without costs or fees to any party.

Dated August 9 , 2006.

_____
Hon. Michael W. Mosman,
District Court Judge

So Stipulated:

LAW OFFICES OF GARY FREEDMAN

-and-

SUSSMAN SHANK LLP

By: _____
John A. Schwimmer, OSB No. 04409
Attorneys for Plaintiff D.A.D.S. Denim, Inc.

DAVIS WRIGHT TREMAINE LLP

-and-

McDERMOTT WITT & EMERY LLP

By: _____
Gregory Chaimov
Attorneys for Defendants

C:\WINDOWS\TEMPORARY INTERNET FILES\OLK6153\P-JUDGMENT (BY STIPULATION).DOC

Page 2 – **JUDGMENT (BY STIPULATION)**