**John A. Schwimmer, OSB No. 04409**
johns@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **D.A.D.S. DENIM, INC.,** a California corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>**SILVER JEANS LTD.,** a Canadian corporation; **NORDSTROM, INC.,** a Washington corporation; **GLASS BUTTERFLY, INC.,** an Oregon corporation; **THE BUCKLE, INC.,** a Nebraska corporation; and **DOES 1 THROUGH 10, INCLUSIVE,**<br><br>             Defendants. | Case No. 3:05-CV-1312-MO<br><br>**[PROPOSED] ORDER TO DISBURSE MONIES** |

**ORDER TO DISBURSE MONIES**

IT IS SO ORDERED that the funds deposited with the court pursuant to the

Preliminary Injunction (Document # 36) filed with the court on October 31, 2005, shall

Page 1 – [PROPOSED] ORDER TO DISBURSE MONIES

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

be disbursed to Plaintiff D.A.D.S. Denim, Inc., c/o John A. Schwimmer, Sussman Shank, LLP, 1000 SW Broadway, Suite 1400, Portland, OR 97205.

Dated this ___ day of August, 2009.

_____
Hon. Michael W. Mosman,
District Court Judge

Presented By:

SUSSMAN SHANK LLP


By: ___*/s/ John A. Schwimmer*___
    John A. Schwimmer, OSB No. 04409
    Attorneys for Plaintiff D.A.D.S. Denim, Inc.


F:\CLIENTS\18367\001\P-ORDER TO DISBURSE MONIES.DOC

Page 2 – [PROPOSED] ORDER TO DISBURSE MONIES

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130